# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| | ) |
| Amanda Smith Kelly, | ) |
| | ) |
| | ) CASE NO.09-30105 |
| Debtor(s). | ) |

**Objection to Claim 14 OF Sterling, Inc.**

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

COME NOW the Debtors, by and through attorney, and hereby file an objection to the Objection to **Claim 14** of Sterling, Inc. and as grounds for said Objection will state as follows:

1. On, to wit, the January 22, 2009, the Debtor filed a chapter 13 case listing **Sterling, Inc**. as a creditor.

2. The creditor filed a proof of claim in the above styled cause of action on 4th day of March , 2009, said claim being filed as a secured claim based upon a debt, which they claim to be in the amount of $7,483.08. the supporting documents to the proof of claim show a purchase money security interest of $1,503.86.

3. The proof of claim sets out that the judgment does not support the claim as filed.

4. This claim is due to be disallowed as a Secured claim in the amount of $7,483.08 and allowed in the amount of $1503.86 less any credits due for payments from June 22, 2008, to the date of filing of the bankruptcy case.

WHEREFORE, the premises considered, the Debtors object to **Claim 14** of Sterling Jewelers as filed and request that it be reduced to the sum of $1,503.86, less any credits due after June 22, 2008.

DONE this day: July 22, 2009.

        /s/Richard D. Shinbaum
        Richard D. Shinbaum
        Attorney for the Debtor

Of Counsel:

Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: July 22, 2009.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

Sterling Inc dba Kay Jewelers
c/o Weltman Weinberg & Reis Co LPA
323 W Lakeside Ave 2nd Fl
Cleveland, OH 44113

        /s/ Richard D. Shinbaum
        Richard D. Shinbaum